# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _____ vs. _____

AT: NOV 8 2007

FILED
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**LOCATION NUMBER:** _____

**DOCKET NUMBERS**
Magistrate: 07MG2616
District Court: _____
Court of Appeals: _____

**PERSON REPRESENTED** (Show your full name): Victor Ramon Melendrez-Franco

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**CHARGE/OFFENSE:** ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: SECURITY IN TIJUANA
- IF YES, how much do you earn per month? $1400
- IF NO, give month and year of last employment. How much did you earn per month? $1400
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ Ø
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ Ø

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED: Ø / SOURCES: Ø

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ Ø

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE: N/A / DESCRIPTION: N/A

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED (☐ SINGLE, ☐ WIDOWED, ☐ SEPARATED OR DIVORCED)
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them:
  - WIFE – LAURA BERNAL
  - SON – VICTOR MELENDREZ
  - MOM – ROSA FRANCO

**DEBTS & MONTHLY BILLS**

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| MORTGAGE (TIJUANA HOUSE) | $45,000.00 | $510.00 |
| ELECTRICITY, WATER, GAS | | $80.00 |
| FOOD | | $200.00 |
| BANK LOAN | $5,000.00 | $120.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** Victor Melendrez

5